**GUCOVSCHI ROZENSHTEYN, PLLC.**
Adrian Gucovschi (State Bar No. 360988)
140 Broadway, Fl. 46
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE JUE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>IQBAR, Inc.,<br><br>                   Defendant. | Case No.: 4:24-cv-04505-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Jane Jue by and through her undersigned counsel of record, hereby dismisses her claims against IQBAR, Inc., with prejudice.

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

1

2      Dated: August 14, 2025                  Respectfully submitted,

3                                              **GUCOVSCHI ROZENSHTEYN, PLLC.**

4                                              By:    /s/ Adrian Gucovschi
                                               Adrian Gucovschi (State Bar No. 360988)
5                                              140 Broadway, Fl. 46
                                               New York, NY 10005
6                                              Telephone: (212) 884-4230
                                               Facsimile: (212) 884-4230
7                                              E-Mail: adrian@gr-firm.com

8
                                               *Attorneys for Plaintiff*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

1